| | | | |
|---|---|---|---|
| Com. v. Twyman | 2400 EDA 2015 Affirmed Application to Withdraw as Counsel Granted | 07/15/2016 | CP–15–CR–0002588–2014 (Chester) |
| Com. v. Ceykovsky | 2969 EDA 2015 Affirmed | 07/15/2016 | CP–48–CR–0001338–2012 (Northampton) |
| Com. v. Zuber | 2973 EDA 2015 Affirmed Application to Withdraw as Counsel Granted | 07/15/2016 | CP–39–CR–0004397–2012 (Lehigh) |
| Com. v. Wilson | 3072 EDA 2015 Vacated and Remanded | 07/15/2016 | CP–51–CR–0508011–2004 (Philadelphia) |
| Com. v. Riddick | 3179 EDA 2015 Affirmed | 07/15/2016 | CP–39–CR–0002497–2010 (Lehigh) |
| Com. v. Wroten | 273 EDA 2016 Affirmed | 07/15/2016 | CP–15–CR–0001127–2013 (Chester) |
| Com. v. Stone | 1677 MDA 2015 Affirmed | 07/15/2016 | CP–67–CR–0002876–2014 (York) |
| Com. v. Hartzog | 1678 MDA 2015 Affirmed Application to Withdraw as Counsel Granted | 07/15/2016 | CP–67–CR–0007847–2014 (York) |
| Com. v. Landrau–Melendez | 1684 MDA 2015 Reversed | 07/15/2016 | CP–38–CR–0000309–2010 (Lebanon) |
| Com. v. Bartucci | 1686 MDA 2015 Jurisdiction Retained | 07/15/2016 | CP–36–CR–0001286–2014 (Lancaster) |
| Com. v. Henry | 1744 MDA 2015 Affirmed Application to Withdraw as Counsel Granted | 07/15/2016 | CP–01–CR–0001174–2014 (Adams) |
| In re Est. of Dixon; Appeal of Dixon | 1838 MDA 2015 Affirmed | 07/15/2016 | 21–07–0686 Orphans Court (Cumberland) |
| Com. v. Negron | 1986 MDA 2015 Affirmed and Vacated | 07/15/2016 | CP–36–CR–0005903–2012 (Lancaster) |
| Com. v. Delong | 2222 MDA 2015 Affirmed | 07/15/2016 | CP–06–CR–0000820–2015 (Berks) |